AO 106 (REV 4/10) Affidavit for Search Warrant      AUSA Barry Jonas, (312) 886-8027

**FILED**
AUG 13 2018
MAGISTRATE JUDGE
SHEILA M. FINNEGAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

the United States Mail package bearing tracking number 9505 5160 3188 8223 1951 59, further described in Attachment A

Case Number: **18 M 529**

# APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Kevin Hegi, a Postal Inspector of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 843(b) | narcotics |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

_____
Applicant's Signature

KEVIN HEGI, Postal Inspector, U.S. Postal Inspection Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 13, 2018

_____
Judge's signature

City and State: Chicago, Illinois

SHEILA FINNEGAN, U.S. Magistrate Judge
*Printed name and title*



| UNITED STATES DISTRICT COURT | ) |
|---|---|
| | ) |
| NORTHERN DISTRICT OF ILLINOIS | ) |

## AFFIDAVIT

I, Kevin Hegi, being duly sworn, state as follows:

1.  I am a Postal Inspector with the U.S. Postal Inspection Service. I have been so employed since approximately February 2017.

2.  As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to violations of the federal laws relating to the mails and to controlled substances.

3.  This affidavit is made in support of an application for a warrant to search the United States Mail Parcel with Tracking Number 9505 5160 3188 8223 1951 59 described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

4.  The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence,

instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

I. **FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL**

5. On August 13, 2018, a Postal Inspector inspected the **Subject Parcel** at Waukegan Post Office in Chicago, Illinois. The **Subject Parcel** was mailed on August 11, 2018, from Los Angeles, 90007 and is addressed to "Fernando Palomar, 2204 Dover Rd., Waukegan, IL 60087," with a return address of "Ana Palomar, 4332 W. Adams Blvd., Apt. 105, Los Angeles, CA 90018." The **Subject Parcel** bears $13.65 in postage, measures approximately 11.25 x 8.75 x 6.0, and weighs approximately 4 lbs 11 ounces.

6. The Postal Inspector observed a characteristic about the **Subject Parcel** that, in his training and experience, can be consistent with parcels containing a controlled substance.

7. Specifically, the Postal Inspector ran the sender and recipient names and addresses on the **Subject Parcel** through a law enforcement database. The recipient's name did not associate with the address in the law enforcement database. Based on my training and experience, fictitious sender or receiver names, and fictitious return addresses, can indicate that the sender or receiver does not want to be associated with the parcel.

8. The characteristic I describe above can be consistent with parcels that do not contain contraband. Based on the training and experience of the Postal

2

Inspector, however, the combination of these characteristics led him to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

9. On August 13, 2018, the Postal Inspector arranged for a Wauconda Police Department Canine Officer and his canine partner, "Varro," to meet with him and examine the **Subject Parcel**. According to the Canine Officer, Varro is certified annually by the Wauconda Police Department as a narcotics dog. Varro was most recently re-certified on June 15, 2018. Varro is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of heroin, cocaine, marijuana, hash, methamphetamine, ecstasy, and other controlled substances that could be contained inside. Varro is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing. In addition, according to USPIS records, Varro has successfully alerted to controlled substances in U.S. Mail Parcels and letters on 15 occasions since November 2017, with a success rate of approximately 100%.

10. On August 13, 2018, at the Waukegan Post Office in Waukegan, Illinois, the Postal Inspector arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 5 other parcels in the workroom area. The Postal Inspector then witnessed Varro examine the parcels and observed Varro scratch the **Subject Parcel**. Varro did not alert to any of the other parcels. The Canine Officer informed the Postal Inspector that Varro's actions indicated the

3

presence of narcotics and/or controlled substances in the **Subject Parcel**. The Postal Inspector then took custody of the **Subject Parcel**.

## II. CONCLUSION

11. Based on the above information, I respectfully submit that there is probable cause to believe that narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the Subject Parcel, as further described in Attachment A. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

FURTHER AFFIANT SAYETH NOT.

_____
Kevin Hegi
Postal Inspector
U.S. Postal Inspection Service

Subscribed and sworn
before me this 13th day of August, 2018

_____
Honorable SHEILA FINNEGAN
United States Magistrate Judge

4

## **ATTACHMENT A**

### **DESCRIPTION OF ITEM TO BE SEARCHED**

A 11.25 x 8.75 x 6.0 package, weighing 4 lbs 11 ounces, sent from Ana Palomar at 4332 W. Adams Blvd., Apt. 105, Los Angeles, CA 90018 and addressed to Fernando Palomar, 2204 Dover Rd., Waukegan, IL 60087 with tracking number 9505 5160 3188 8223 1951 59

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;
2. Packaging for controlled substances;
3. United States currency, which constitutes evidence or instrumentalities of the Subject Offense;
4. Items associated with controlled substances; and
5. Items that identify the sender or receiver of the **Subject Parcel**.

AO 93 (Rev. 11/13) Search and Seizure Warrant          AUSA Barry Jonas, (312) 886-8027

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

the United States Mail package bearing tracking number 9505 5160 3188 8223 1951 59, further described in Attachment A

Case Number: **18 M 529**

## SEARCH AND SEIZURE WARRANT

To: Kevin Hegi and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>August 27, 2018</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>August 13, 2018</u> at 4:30 p.m.

*Judge's signature*

City and State: <u>Chicago, Illinois</u>

SHEILA FINNEGAN, U.S. Magistrate Judge
*Printed name and title*



AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

## Return

| Case No: 18 m 529 | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## **ATTACHMENT A**

## **DESCRIPTION OF ITEM TO BE SEARCHED**

A 11.25 x 8.75 x 6.0 package, weighing 4 lbs 11 ounces, sent from Ana Palomar at 4332 W. Adams Blvd., Apt. 105, Los Angeles, CA 90018 and addressed to Fernando Palomar, 2204 Dover Rd., Waukegan, IL 60087 with tracking number 9505 5160 3188 8223 1951 59

## **ATTACHMENT B**

## **LIST OF ITEMS TO BE SEIZED**

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1. Controlled substances;
2. Packaging for controlled substances;
3. United States currency, which constitutes evidence or instrumentalities of the Subject Offense;
4. Items associated with controlled substances; and
5. Items that identify the sender or receiver of the **Subject Parcel**.